# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DAVIDE SUSI**

Plaintiff

v.

**LOUIS DEJOY, ET AL.**

Defendant

Civil Action No.:
**1:21-CV-10595-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Civil Process Clerk
United States Attorney's Office
District of Massachusetts One Courthouse Way, Boston, MA 02210

A lawsuit has been filed against (the United States Postal Service):.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

CLERK OF COURT

/s/ - Arnold Pacho

Signature of Clerk or Deputy Clerk

ISSUED ON 2021-04-09 14:37:29, Clerk USDC DMA

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DAVIDE SUSI**

*Plaintiff*

v.

Civil Action No.:
**1:21-CV-10595-ADB**

**LOUIS DEJOY, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lous De Joy, as he is Postmaster General
United States Postal Service
475 L'Enfant Plaza, SW  Washington, D.C . 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

CLERK OF COURT

/s/ - Arnold Pacho

Signature of Clerk or Deputy Clerk

**ISSUED ON 2021-04-09 14:37:29**, Clerk USDC DMA

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DAVIDE SUSI**

*Plaintiff*

v.

**LOUIS DEJOY, ET AL.**

*Defendant*

Civil Action No.:
1:21-CV-10595-ADB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Merrick Garland, Esq.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against (the United States Postal Service):.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

CLERK OF COURT

/s/ - Arnold Pacho

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2021-04-09 14:37:29**, Clerk USDC DMA

Civil Action No.: **1:21-CV-10595-ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify) : PURSUANT TO FED. R. CIV. P. 4(i)(1)(A)(B)(C)
Green card proof of service attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_____          _____
Date                                                Server's Signature

                                                    _____
                                                    Printed name and title

                                                    _____
                                                    Server's Address

Additional information regarding attempted service, etc:

**Receipt 1**

Article Addressed to:
Louis DeJoy
POSTMASTER
475 L'ENFANT PLZ. SW
WASHINGTON DC 20260

9590 9402 5585 9274 0486 18
Article Number: 7020 1810 0001 2416 8029

Received: Office of the PMG
PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**Receipt 2**

Article Addressed to:
U.S. ATTY
ONE COURTHOUSE
BOSTON 02210

A. Signature: L. Paul (Agent ☑)
B. Received by: L. Paulsen
C. Date of Delivery: 6/30/21

9590 9402 6718 1060 0389 67
Article Number: 7020 1810 0001 2416 8012

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

**Receipt 3**

Article Addressed to:
ATTY GEN'L GARLAND
950 PENNSYLVANIA AVE. NW
WASHINGTON. DC 20530-0001

JUL 06 2021

9590 9402 6718 1060 0389 74
Article Number: ...0 1810 0001 2417 5041

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt