Civil Action No.: **1:21-CV-10595-ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Louis Dejoy Postmaster, USPS
was received by me on (date) April 9, 2021.

☑ I personally served the summons on the individual at (place) 475 L'Enfant Plz, SW
Washington, DC 20260 on (date) June 30, 2021 ~~or~~
Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(B)(C)

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____; or

☐ I returned the summons unexecuted because_____; or

☐ Other (specify) :

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

8/4/2022
Date

Server's Signature
Jonas Jacobson
Plaintiff's Lawyer
*Printed name and title*

2067 Mass Ave. 5th Fl.
Cambridge, MA 02140
*Server's Address*

Additional information regarding attempted service, etc:

Case 1:21-cv-10595-ADB   Document 3   Filed 04/09/21   Page 2 of 2

Civil Action No.: **1:21–CV–10595–ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) MERRICK GARLAND, Attorney General
was received by me on (date) April 9th, 2021.

☑ I personally served the summons on the individual at (place) 50 Pennsylvania Ave, N.W. WASHINGTON, DC 20530 on (date) July 6th, 2021; PURSUANT TO FED. R. CIV. P. 4(i)(1)(A)(B)(C)

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify) :

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

August 4th, 2022
Date

Server's Signature
JONAS JACOBSON
PLAINTIFF'S COUNSEL
*Printed name and title*

2067 MASS AVE., 5th Flr
CAMBRIDGE, MA 02140
*Server's Address*

Additional information regarding attempted service, etc:

GREEN CARD

Civil Action No.: **1:21-CV-10595-ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) UNITED STATES ATTORNEY FOR MASSACHUSETTS
was received by me on (date) April 9, 2021.

☑ I personally served the summons on the individual at (place) ONE COURTHOUSE WAY BOSTON, MA 02210 on (date) June 30th, 2021; or
Pursuant to: FED. R. CIV. P. 4(i)(2)(A)(B)(c)

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

August 4th, 2022
Date

Server's Signature
JONAS JACOBSON
PLAINTIFF'S COUNSEL
Printed name and title

1067 MASS AVE. 5th FLOOR
CAMBRIDGE, MA 02140
Server's Address

Additional information regarding attempted service, etc:

**Return Receipt 1:**

- Article Addressed to: Louis DeJoy, Postmaster, 475 L'Enfant Plz. SW, Washington DC 20260
- 9590 9402 5585 9274 0486 18
- Article Number: 7020 1810 0001 2416 8029
- Form 3811, July 2015 PSN 7530-02-000-9053

**Return Receipt 2:**

- Article Addressed to: U.S. Atty, One Courthouse, Boston 02210
- A. Signature: X Paul (Agent)
- B. Received by: L. Paulsen
- C. Date of Delivery: 4/30/21
- 9590 9402 6718 1060 0389 67
- Article Number: 7020 1810 0001 2416 8012
- Form 3811, July 2020 PSN 7530-02-000-9053

**Return Receipt 3:**

- Article Addressed to: Atty Gen'l Garland, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001
- C. Date of Delivery: JUL 0 6 2021
- 9590 9402 6718 1060 0389 74
- Article Number: 1810 0001 2417 5041
- Form 3811, July 2020 PSN 7530-02-000-9053