# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

**DAVIDE SUSI**

*Plaintiff*

v.

**LOUIS DEJOY, ET AL.**

*Defendant*

Civil Action No.:
1:21-CV-10595-ADB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lous De Joy, as he is Postmaster General
United States Postal Service
475 L'Enfant Plaza, SW  Washington, D.C . 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

CLERK OF COURT

/s/ - Arnold Pacho

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2021-04-09 14:37:29, Clerk USDC DMA

Civil Action No.: **1:21-CV-10595-ADB**

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Louis DeJoy Postmaster, USPS
was received by me on (date) April 9, 2021.

☑ I personally served the summons on the individual at (place) 475 L'Enfant Plz, SW
WASHINGTON, DC 20260 on (date) June 30, 2021 ~~or~~
Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(B)(c)

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ __0__ for travel and $__0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

8/4/2022
Date

Server's Signature
Jonas Jacobson
Plaintiff's Lawyer
Printed name and title

2067 Mass Ave. 5th Fl.
Cambridge, MA 02140
Server's Address

Additional information regarding attempted service, etc:

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Louis DeJoy
Postmaster
475 L'Enfant Plz. SW
Washington DC 20260

9590 9402 5585 9274 0486 18

Article Number (Transfer from service label)
7020 1810 0001 2416 8029

Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X (RECEIVED Office of the PMG)
  - ☐ Agent
  - ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION

Article Addressed to:
U.S. Atty
One Courthouse
Boston 02210

9590 9402 6718 1060 0389 67

Article Number (Transfer from service label)
7020 1810 0001 2416 8012

Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X L. Paul — ☑ Agent ☐ Addressee
- B. Received by (Printed Name): L. Paulsen
- C. Date of Delivery: 4/30/21
- D. Is delivery address different from item 1? ☐ Yes ☐ No

(stamp: JUL - 2)

3. Service Type — same checkboxes as above

Domestic Return Receipt

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION

Article Addressed to:
Atty Gen'l Garland
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

9590 9402 6718 1060 0389 74

Article Number (Transfer from service label)
1810 0001 2417 5041

Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X — ☐ Agent ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

(stamp: JUL 06 2021)

3. Service Type — same checkboxes (including Insured Mail / Insured Mail Restricted Delivery over $500)

Domestic Return Receipt

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

DAVIDE SUSI

*Plaintiff*

v.

LOUIS DEJOY, ET AL.

*Defendant*

Civil Action No.:
1:21-CV-10595-ADB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Merrick Garland, Esq.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against (the United States Postal Service):.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

CLERK OF COURT

/s/ - Arnold Pacho

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2021-04-09 14:37:29, Clerk USDC DMA

Civil Action No.: **1:21-CV-10595-ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) MERRICK GARLAND, Attorney General
was received by me on (date) April 9th, 2021.

☑ I personally served the summons on the individual at (place) 50 Pennsylvania Ave, N.W. WASHINGTON, DC 20530 on (date) July 6th, 2021;
PURSUANT TO FED. R. CIV. P. 4(i)(1)(A)(B)(c)

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

August 4th, 2022
Date

Server's Signature
JONAS JACOBSON
PLAINTIFF'S COUNSEL
Printed name and title

2067 MASS AVE., 5th Flr
CAMBRIDGE, MA 02140
Server's Address

Additional information regarding attempted service, etc:

GREEN CARD

Case 1:21-cv-10595-ADB   Document 16   Filed 08/04/22   Page 6 of 9

**SENDER: COMPLETE THIS SECTION**
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Lous DeJoy
POSTMASTER
475 L'ENFANT PLZ. SW
WASHINGTON DC 20260

9590 9402 5585 9274 0486 18

Article Number (Transfer from service label)
7020 1810 0001 2416 8029

Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
Complete Items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
U.S. ATTY
ONE COURTHOUSE
BOSTON 02210

9590 9402 6718 1060 0389 67

Article Number (Transfer from service label)
7020 1810 0001 2416 8012

Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _L. Paul_____    ☑ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
L Paulsen                         4/30/21
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
ATTY GEN'L GARLAND
950 PENNSYLVANIA AVE. NW
WASHINGTON. DC 20530-0001

9590 9402 6718 1060 0389 74

Article Number (Transfer from service label)
1810 0001 2417 5041

Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

JUL 06 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DAVIDE SUSI**
*Plaintiff*

v.

**LOUIS DEJOY, ET AL.**
*Defendant*

Civil Action No.:
1:21-CV-10595-ADB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Civil Process Clerk
United States Attorney's Office
District of Massachusetts One Courthouse Way, Boston, MA 02210

A lawsuit has been filed against (the United States Postal Service):.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
CLERK OF COURT

/s/ – Arnold Pacho
Signature of Clerk or Deputy Clerk



ISSUED ON 2021-04-09 14:37:29, Clerk USDC DMA

Civil Action No.: **1:21-CV-10595-ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) UNITED STATES ATTORNEY FOR MASSACHUSETTS was received by me on (date) April 9, 2021.

☑ I personally served the summons on the individual at (place) ONE COURTHOUSE WAY BOSTON, MA 02210 on (date) June 30th, 2021; or
PURSUANT TO: FED. R. CIV. P. 4(i)(2)(A)(B)(C)

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

August 4th, 2022
Date

Server's Signature
JONAS JACOBSON
PLAINTIFF'S COUNSEL
Printed name and title

2067 MASS AVE. 5th FLOOR
CAMBRIDGE, MA 02140
Server's Address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Louis DeJoy
Postmaster
475 L'Enfant Plz. SW
Washington DC 20260

9590 9402 5585 9274 0486 18

Article Number (Transfer from service label)
7020 1810 0001 2416 8029

Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

U.S. Atty
One Courthouse
Boston 02210

9590 9402 6718 1060 0389 67

Article Number (Transfer from service label)
7020 1810 0001 2416 8012

Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X P. Paul
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
L. Paulsen                        4/30/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Atty Gen'l Garland
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

9590 9402 6718 1060 0389 74

Article Number (Transfer from service label)
1810 0001 2417 5041

Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 06 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt